IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

| | |
|---|---|
| COLLEEN FINLEY,<br><br>    Plaintiff,<br><br>    vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | Civil No. 2:25-CV-00539-MLP<br><br><br><br>ORDER |

The Commissioner's final decision is REVERSED and REMANDED for further administrative proceedings before an Administrative Law Judge (ALJ). Upon remand, the Appeals Council will instruct the Administrative Law Judge to offer the claimant an opportunity for a hearing; take further action to complete the administrative record; and issue a new decision.

Page 1     ORDER
           2:25-CV-00539-MLP

Remand is made under sentence four of 42 U.S.C. § 405(g). *See Melkonyan v. Sullivan*, 501 U.S. 89 (1991). Plaintiff will be entitled to reasonable attorney fees and expenses pursuant to 28 U.S.C. § 2412(d), upon proper request to this Court. Plaintiff will be entitled to costs as enumerated in 28 U.S.C. § 1920, under 28 U.S.C. § 2412(a). Judgment shall be entered for Plaintiff.

Dated this 25th day of June, 2025.

MICHELLE L. PETERSON
United States Magistrate Judge

Presented by:

s/Zachary Berkoff-Cane
ZACHARY BERKOFF-CANE
Special Assistant United States Attorney
Office of Program Litigation, Office 7
Office of the General Counsel
Social Security Administration
6401 Security Boulevard
Baltimore, MD 21235
Tel: (410) 966-1542
Email: zachary.berkoff@ssa.gov